**No. 51735.**—Protests 69815–K, etc., of Philip Barnet & Bro. et al. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of buffalo hides similar in all material respects to those the subject of *Rice & Co. Corp.* v. *United States* (11 Cust. Ct. 118, C. D. 807). In accordance therewith the claim at 10 percent under paragraph 1530 (a) was sustained.

**No. 51736.**—Protests 867464–G, etc., of Perrin Cooper & Co. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of goatskins similar in all material respects to those the subject of *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302). In accordance therewith the claim for free entry under paragraph 1681 was sustained.